IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

           Petitioner,

                                            Case No. 15-cv-204

    v.

JOSEPH PICK,

           Respondent.

## ORDER ENFORCING IRS SUMMONS

A copy of the petition and order to show cause having been served on respondent on April 14, 2015, and the respondent having failed to file a written response to the petition by May 21, 2015, which is five business days prior to the show cause hearing,

IT IS HEREBY ORDERED that the respondent appear before Revenue Officer Alison Karwoski or designee at a time and place to be agreed upon mutually for the purpose of giving testimony concerning the collectability of the tax liability of Joseph Pick for the Form 1040 calendar periods ending December 31, 2007, December 31, 2008, December 31, 2009, December 31, 2010, December 31, 2011, December 31, 2012, and December 31, 2013, and then and there produce for examination and/or photostatic copying or other mechanical means of reproduction, the following:

    All records and documents specified in the Internal Revenue Service summons served upon respondent on January 7, 2015.

The examination shall continue from day to day until completed.

In the event the Revenue Officer and the respondent cannot agree mutually upon a time and place, then the respondent is ordered to appear at the office of Revenue Officer Alison Karwoski, N14 W24200 Tower PL Ste 202, Waukesha, WI 53188; telephone number 262/513-3595, at a time designated by the Revenue Officer, notice of said time and place to be given to the respondent by means of a certified letter mailed to the respondent at his or her last known business address at least ten (10) days prior to the date set by the Revenue Officer or his or her designee.

Dated this 26TH day of MAY 2015.

_____
HON. JAMES D. PETERSON
District Court Judge